IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN J. BOLUS, et al. | : | |
| Plaintiffs, | : | Case No. 4:15-cv-01062 |
| v. | : | |
| AMY CARNICELLA, et al. | : | (Judge Brann) |
| Defendants. | : | |

## **ORDER**

**AND NOW**, on this 19th day of August, 2015, upon consideration of Defendants' Motion to Stay, (ECF No. 6), **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED**.

All further proceedings will be **STAYED** in this matter until no later than December 14, 2015. On or before that date, counsel for the Defendants shall notify the Court as to whether or not any prospective criminal charges filed – or to be filed – against Plaintiff Brian Bolus and any business entities owned by him have been resolved.

If a further stay of proceedings is sought by either party after December 14, 2015, counsel shall advise the Court, by motion and with a proposed order, as to the estimated length of the proposed continued stay.

BY THE COURT:

<u>s/ Matthew W. Brann</u>
Matthew W. Brann
United States District Judge