# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN J. BOLUS,<br>KAREN BOLUS,<br>PRESTON BOLUS, and<br>MINUTEMAN SPILL RESPONSE, INC.,<br><br>    Plaintiffs.<br><br>v.<br><br>AMY CARNICELLA, et al.,<br><br>    Defendants. | No. 4:15-CV-01062<br><br>(Judge Brann) |

## ORDER

### SEPTEMBER 14, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Partial Judgment on the Pleadings, ECF No. 55, is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. All claims against Pennsylvania's Office of Attorney General are **DISMISSED WITH PREJUDICE**, and

    b. All claims against Attorney General Joshua Shapiro are **DISMISSED WITHOUT PREJUDICE**, but

    c. The motion is otherwise **DENIED**.

2. Plaintiffs are **GRANTED** leave to amend their claims against Attorney General Shapiro within 14 days of the date of this Order.

3. Plaintiffs' Motion for Argument on Defendant's Motion for Partial Judgment on the Pleadings, ECF No. 58, is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge