# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN J. BOLUS, *et al.*, | No. 4:15-CV-01062 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| AMY CARNICELLA, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 26th day of February 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Non-Party Northridge Group Inc.'s Motion to Modify Plaintiffs' Subpoena, ECF No. 114, December 2, 2019, is **DENIED**.

2. With respect to Instruction 2 of Plaintiffs' Subpoena referenced in the accompanying Memorandum Opinion, Northridge is ordered to produce all documents in Microsoft Word searchable form and in the manner in which the documents were maintained in the regular course of business.

3. With respect to Instruction 3 of Plaintiffs' Subpoena referenced in the accompanying Memorandum Opinion, Northridge is ordered to, where possible, produce ESI in the requested form, in native format, and with the ESI's original metadata.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge