IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN J. BOLUS, *et al.*, | No. 4:15-CV-01062 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| AMY CARNICELLA, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 22nd day of July 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Discovery Sanctions Against Defendants and Their Counsel and Motion to Compel Deponents to Answer Plaintiffs' Questions, Doc. 155, is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge