# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN J. BOLUS, *et al.*, | No. 4:15-CV-01062 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| AMY CARNICELLA, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 24th day of July 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Office of Attorney General's Motion for a Protective Order, Doc. 128, is **GRANTED**.

2. All documents produced by the Office of Attorney General during the course of this litigation will not be publicly disclosed unless disclosure occurs with consent of the Office of Attorney General or under seal.

3. The Clerk of Court is directed to seal the documents attached as Exhibits D through G to Plaintiffs' Brief in Support of Plaintiffs' Motion to Compel, *see* Doc. 121.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge