IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN BOLUS, *et al.*, | No. 4:15-CV-01062 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| AMY CARNICELLA, *et al.*, | |
| Defendants. | |

### ORDER

**AND NOW**, this 22nd day of October 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion to File the Second Amended Complaint, Doc. 148, is granted to the extent that it dismisses the Office of the Attorney General of the Commonwealth of Pennsylvania and Joshua Shapiro as Defendants. In all other respects, the motion is **DENIED**.

2. Plaintiffs' Motion to Substitute Defendant Robert B. Stewart, III, Deceased, Doc. 173, is **DENIED**.

3. The Motion to Construe Brief in Opposition to Plaintiffs' Motion to Substitute as Filed on Behalf of Cathryn Nan Elliot Stewart, Doc. 185, is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge