IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN BOLUS, *et al.*, | No. 4:15-CV-01062 |
| Plaintiff, | (Judge Brann) |
| v. | |
| AMY CARNICELLA, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 29th day of October 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel Discovery, Doc. 151, is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge