IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN BOLUS *et al.*, | No. 4:15-CV-01062 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| AMY CARNICELLA *et al.*, | |
| Defendants. | |

### ORDER

**AND NOW**, this 24th day of August 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motions for summary judgment (Doc. 227; Doc. 228) are **GRANTED**.

2. Minuteman Spill Response, Inc.'s constitutional claims are **DISMISSED with prejudice**.

3. Final Judgment is entered in favor of Defendants Amy Carnicella, David Ellis, Richard Bosco, Christopher Antonucci, Paul Zimmerer, and Kathleen Kane and against Plaintiffs Brian Bolus, Karen Bolus, Preston Bolus, and Minuteman Spill Response, Inc.

4. The Clerk of Court is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge